IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BERT RANDALL,

    Petitioner,               No. 2: 10-cv-0580 GEB KJN P

    vs.

RICK HILL,

    Respondent.          ORDER TO SHOW CAUSE

_____/

    According to records from the California Department of Corrections and Rehabilitation, petitioner has been released on parole. However, petitioner failed to file a notice of change of address with his new address. It is petitioner's responsibility to keep the court apprised of his current address at all times. Local Rule 182(f).

    Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall show cause for his failure to file a notice of change of address; and failure to comply with this order will result in the recommendation of dismissal of this action.

DATED: March 4, 2011

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

ran580.osc