IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BERT RANDALL,

        Petitioner,                    No. 2: 10-cv-0580 GEB KJN P

    vs.

RICK HILL,                               <u>ORDER</u> and

        Respondent.               <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a former state prisoner proceeding with a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In response to this court's order to show cause, filed March 7, 2011, petitioner has now informed the court of his change of address. Accordingly, the order to show cause is discharged.

        The petition for writ of habeas corpus challenges the procedure and decision of the superior court in revoking petitioner's probation and sentencing petitioner to state prison. Petitioner is now paroled. Therefore, petitioner must show cause why this action should not be dismissed as moot.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed March 7, 2011 (Dkt. No. 20) is discharged; and

2. Petitioner shall, within thirty days after the filing date of this order, show cause why this action should not be dismissed as moot.

DATED: March 29, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rand580.ord.osc